# PLAUCHÉ MASELLI PARKERSON LLP

ATTORNEYS AT LAW

Andrew L. Plauché, Jr.
Joseph Maselli, Jr.
G. Bruce Parkerson [1,2]
Mark E. Young [1]
Kenan S. Rand, Jr.
James K. Ordeneaux

H. Edward Barousse III [3]
George C. Drennan
Attie B. Carville
Scott H. Mason
Lauren Baylor Dietzen [4]
Rudolph "Chase" Boeneke III
Lacey E. Sarver

ALSO ADMITTED IN
1 TEXAS
2 NORTH CAROLINA
3 MARYLAND AND VIRGINIA
4 FLORIDA

October 27, 2011

**VIA EMAIL**

Victor L Marcello, Esq.
Talbot Carmouche & Marcello
17405 Perkins Rd
Baton Rouge, LA 70810-3824
vmarcello@tcmlawfirm.net

Patrick W. Pendley, Esq.
Pendley Baudin & Coffin
P.O. Drawer 71
Plaquemines, LA 70765
pwpendley@pbclawfirm.com

Scott David Webre, Esq.
Stockstill & Webre
102 Versailles Blvd Ste 310
Lafayette, LA 70501
swebre@earthlink.net

Re: *Jeff Simmons et al. v. Sabine River Authority et al.,*
No. 2:11-Cv-00588 (W.D. La.)

Dear Counsel:

As you know, on October 3, 2011, Magistrate Judge Kay denied plaintiffs' motion to remand the above-captioned lawsuit to state court based on the arbitration clause in AEGIS Policy No. J0330A1A01 (the "Policy").

The Policy requires that "[a]ny controversy or dispute arising out of or relating to this POLICY, or the breach, termination or validity thereof . . . shall be settled by binding arbitration . . ." Policy, Section IV.(R). Because plaintiffs' direct action claims against AEGIS invoke the Policy, they are claims "arising out of or relating to [the AEGIS] POLICY" that are subject to arbitration.

Please notify us in writing by November 3, 2011 whether plaintiffs will agree to stay this litigation pending arbitration. Please be advised that if plaintiffs do not agree to a stay pending arbitration, AEGIS will move to stay the litigation.

Sincerely,

Andrew L. Plauché, Jr.

ALPjr/mr

**PLAUCHÉ MASELLI PARKERSON LLP**
ATTORNEYS AT LAW

Victor L Marcello, Esq.
Patrick W Pendley, Esq.
Scott David Webre, Esq.
October 27, 2011
Page 2

cc: James R. Nieset, Esq. (via email) jrnieset@psn/law.com
Tina L. Kappen, Esq. (via email) tkappen@law/a.com